UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TALIA HOUSTON,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**DTN OPERATING COMPANY, LLC d/b/a THE REPUBLIC AT DENTON, THE REPUBLIC AT DENTON, LLC, THE SCION GROUP, LLC, DP FUNDING CORP., KRISTIN KELLER, in her capacity as General Manager of THE REPUBLIC OF DENTON, LLC, and, RONALD MANNING, in his capacity as the Resident Services Manager at THE REPUBLIC OF DENTON, LLC,**<br><br>　　　　　Defendants<br><br>v.<br><br>**SONJA MOSS,**<br><br>　　　　　Third Party Defendant. | Civil Action No. 4:17-cv-00035 |

## ORDER AND FINAL JUDGMENT

On this day the Court considered *Defendant DTN Operating Company, LLC's Motion to Voluntarily Dismiss Without Prejudice DTN's Counter Claim and Third Party Claims* (Doc. 67) ("Motion").

Upon review of the Motion, the applicable standards, and the pleadings and the Court's docket, the Court grants the Motion. Accordingly, DTN's counter claim against Plaintiff Talia Houston and DTN's third party claims against Sonja Moss are hereby dismissed without

prejudice. Each party shall be responsible for its own attorneys' fees and court costs. This order disposes of all claims against all parties, is a final order, and is appealable.

**SIGNED this 20th day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE